# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 27, 2014

## NO. 03-14-00297-CV

**SSR Hospitality, Inc., Appellant**

**v.**

**Dilip Naik, Appellee**

### APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD

This is an appeal from the orders signed by the trial court on February 4, 2014. SSR Hospitality, Inc. has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. SSR Hospitality, Inc. shall pay all costs relating to this appeal, both in this Court and the court below.